# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY LEE, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 08-1546 |
| | ) | |
| v. | ) | Judge McVerry |
| | ) | Magistrate Judge Bissoon |
| GERALD ROZUM, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM ORDER

Anthony Lee's Petition for Writ of Habeas Corpus was received by the Clerk of Court on November 6, 2008, and was referred to United States Magistrate Judge Cathy Bissoon for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on June 5, 2009, recommended that the Petition for Writ of Habeas Corpus filed by Petitioner Lee be dismissed and that a certificate of appealability be denied. The parties were allowed ten days from the date of service to file objections. Service was made on Petitioner by First Class United States Mail at his place of incarceration, the State Correctional Institution at Somerset, Pennsylvania. Objections were due on or before June 22, 2009, but none have been filed.

After de novo review of the pleadings and documents in the

case, together with the Report and Recommendation, the following order is entered:

AND NOW, this <u>1st</u> day of <u>July</u>, <u>2009</u>,

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus filed by Anthony Lee is dismissed, and a certificate of appealability is DENIED.

The Report and Recommendation of Magistrate Judge Bissoon, (Doc. 15), dated June 5, 2009, is adopted as the opinion of the court.

<u>s/Terrence F. McVerry</u>
Terrence F. McVerry
U.S. District Court Judge

cc:
ANTHONY LEE
CN-7352
S.C.I. at Somerset
1600 Walters Mill Road
Somerset, PA 15510